**Lillie L. Sturges, appellee, v. Tina Huster et al., appellants. Gen. No. 7,435.**

Foreclosure suit. Decree for foreclosure. Appeal from the Circuit Court of Du Page county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded with directions. Opinion filed April 25, 1925. Rehearing denied October 6, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Beach & Beach, for appellants. Bulkley, More & Tallmadge, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

**First National Bank of Secor, Illinois, appellant, v. Sylvester Stephens et al., appellees. Gen. No. 7,451.**

Garnishee suit. Judgment discharging garnishee. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 25, 1925.

Orman Ridgely, for appellant. Wallace J. Black, for appellees; Clyde M. West, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Mike Minto and John Rose, plaintiffs in error. Gen. No. 7,381.**

Prosecution for violation of liquor law. Defendants convicted. Error to the County Court of Du Page county; the Hon. S. L. Rathje, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 25, 1925.

Rice & De Bartolo, for plaintiffs in error; Joseph B. Lawler, of counsel. C. W. Reed, State's Attorney, for defendant in error; W. G. Knoch, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Fred Weinschenker, plaintiff in error. Gen. No. 7,387.**

Prosecution for violation of prohibition law. Defendant convicted. Error to the Circuit Court of McHenry county; the Hon. Oscar E. Heard, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed April 25, 1925.

Sullivan & Ward, for plaintiff in error; Martin M. Ward and George D. Sullivan, of counsel. William L. Pierce, Special State's Attorney, for defendant in error; David R. Joslyn, Assistant State's Attorney, of counsel.

Mr. Justice Partlow delivered the opinion of the court.